UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **CARLOS ARMANDO GUARDADO** | **CIVIL ACTION NO. 23-0389** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **CLAY BENNETT** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 12] previously filed herein, and determining that the findings are correct under the applicable law, and noting the absence of objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Carlos Armando Guardado's claims [Doc. Nos. 1, 11] are **DISMISSED WITH PREJUDICE** as frivolous, and for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's motion for appointed counsel [Doc. No 10] is **DENIED AS MOOT**.

MONROE, LOUISIANA, this 17th day of July 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE